[No. 60979-3-I. Division One. April 13, 2009.]

L. JENNY CHUNG, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-22468-0, Andrea A. Darvas, J., entered November 16, 2007. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Appelwick, JJ.

[No. 61071-6-I. Division One. April 13, 2009.]

ROBERT J. CARLSON ET AL., *Appellants*, v. THE INNIS ARDEN CLUB, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-06819-0, Charles W. Mertel, J., entered October 22, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61073-2-I. Division One. April 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY HENCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06526-8, Nicole MacInnes, J., entered December 11, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61169-1-I. Division One. April 13, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. CLEANTHONY BABY JIMERSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-05623-4, Christopher A. Washington, J., entered January 8, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, A.C.J., and Leach, J.